UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ERIKSEN H. VENTURA ROMERO, | § |
| *Petitioner*, | § |
| v. | § |
| EL PASO PROCESSING CENTER WARDEN, WARDEN OF THE ERO EL PASO CAMP EAST MONTANA; KRISTI NOEM, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, ACTING FIELD OFFICE DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT; and MARY DE ANDA YBARRA, EL PASO FIELD OFFICE DIRECTOR FOR IMMIGRATION AND CUSTOMS ENFORCEMENT, | § No. 3:25-CV-00586-LS |
| *Respondents*. | § |

**ORDER FOR SERVICE**

Petitioner Eriksen H. Ventura Romero challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] His petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

Respondents shall show cause by **December 22, 2025** why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on December 2, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**