**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ERIKSEN HERNAN VENTURA ROMERO,** | § § § | |
| *Petitioner*, | § § § | |
| **v.** | § § § | |
| **WARDEN OF THE ERO EL PASO CAMP EAST MONTANA; KRISTI NOEM, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, ACTING FIELD OFFICE DIRECTOR, IMMIGRATION AND CUSTOMS; AND MARY DE ANDA YBARRA, EL PASO FIELD OFFICER DIRECTOR FOR UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,** | § § § § § § § § § § § § § § | **No. 3:25-CV-00586-LS** |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Petitioner Eriksen Hernan Ventura Romero filed a motion to dismiss without prejudice.[1]

Respondents did not file a response, so the motion is deemed unopposed.[2] The Court grants the

motion [ECF No. 8] and dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 24, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 8.
[2] Local Court Rule CV-7(d).